# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carleton Crutchfield, | Case No. 22-cv-1025 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Ur Jaddou, | |
| Defendant. | |

The parties filed a Stipulation (Dkt. No. 5) for an extension of time for Defendant to answer the Complaint. Based on the record, **IT IS HEREBY ORDERED:** Defendant shall answer or otherwise respond to the Complaint on or before July 29, 2022.

Dated: June 10, 2022                                  ___s/David T. Schultz_____
                                                                  DAVID T. SCHULTZ
                                                                  U.S. Magistrate Judge